RECEIVED
DEC 16 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Greenville DIVISION

Mr. Michael Wayne Hill

v.

Freedom Mortgage Corp.

NO. 5:20-CV-680-M

COMPLAINT

Plaintiff resides at:

1665 Dogwood Pl 32505
Pensacola Fl. APT 1955

Defendant(s)' name(s) and address(es), if known:

Freedom Mortgage Corp.
907 Pleasant Vally Avenue
Mt. Laurel Burlington
New Jersey 08054

1

Complaint for Estate Process - Manipulation

Jurisdiction in this court is based on:
G.S. 15-14 NOTICE OF SALE

The acts complained of in this suit concern:
The mortgage company gave no consideration to the obligation of the oldest man residing in the home at the time of the owner's death.

October 2013
October 2019

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I seek relief in the amount of the estimated property value of $200,000.

12-07-2020
DATE

Michael W Hill
SIGNATURE OF PLAINTIFF

1665 Dogwood Pl.
Pensacola Florida
Apt 1955 32505
mwhill@usa.com
252 661 6683
ADDRESS AND PHONE NUMBER OF PLAINTIFF

Estat
Manipulation
Process