IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00680-M

MICHAEL WAYNE HILL,  )
          Plaintiff,  )
  )
v.  )    **ORDER**
  )
FREEDOM MORTGAGE CORP,  )
          Defendant.  )

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr. [DE-9] to dismiss this action for failure to state a claim for which relief may be granted. Pro se plaintiff filed a "notice" in apparent response, which was docketed as an objection to the M&R [DE-11].[1] In his notice Plaintiff apologies "for my insufficient complaint, and [thanks the court] for the second opportunity to particulate my clame." DE-11 at 1. Plaintiff goes on to explain that "[t]he owner's mortgag was a V.A. mortgage. The Vetrans Affair does not have a survivors rule. I as oldest male residing in the house at the time of the owner's death has not released any obligation, by following a process of inheritance the mortgage corporation did commit fraud." DE-11 at 2.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); *see* 28 U.S.C. § 636(b). Absent timely objection, "a district court need not conduct a de novo review, but instead must only satisfy

---

[1] On the same day as the M&R was docketed, Plaintiff refiled identical copies of his proposed complaint [DE-1-1] and supplement to his complaint [DE-8] at Docket Entry 10 and 10-1.

1

itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond*, 416 F.3d at 315 (citation and quotation omitted).

The court has reviewed the M&R and the record in this case and is satisfied that there is no clear error on the face of the record. As currently styled, Plaintiff's complaint fails to state a claim for which relief may be granted and Plaintiff's notice/objection [DE-11] did nothing to cure this. Accordingly, the court ADOPTS the M&R [DE-9] and for the reasons state therein DISMISSES this action WITHOUT PREJUDICE. The Clerk of Court is DIRECTED to close the case.

SO ORDERED this the 22 day of February, 2021.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE